# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ATLANTIC CASUALTY INSURANCE COMPANY** : : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:14-1021** |
| **v** : : | **(JUDGE MANNION)** |
| **EDWARD ZYMBLOSKY t/a BOOTS AND HANKS TOWING AND WRECKING a/k/a Boot's and Hank's Towing and Wrecking Service, et al.** : : : | |
| **Defendants** | |

## O R D E R

In light of the memorandum issued today in the above-captioned matter,

**IT IS HEREBY ORDERED THAT:**

1. The defendants' Motion to Dismiss, (Doc. 30), is **GRANTED, without prejudice**, to re-filing in the Court of Common Pleas of Lackawanna County, should they so desire.

2. The plaintiff's Motion to Dismiss the defendants' counterclaim, (Doc. 33), is **DISMISSED AS MOOT,** also **without prejudice**, to re-filing in the Court of Common Pleas of Lackawanna County, should they so desire.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated**: February 6, 2015